```
LAWRENCE G. BROWN
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-02888-GEB-DAD |
| Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | |
| APPROXIMATELY $31,650.56 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 1358132429, HELD IN THE NAME OF ANNA SKOTS AND ROMAN SKOTS DOING BUSINESS AS USKO SHIPPING, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1     3.   The defendant Approximately $31,650.56 in U.S. Currency
2 seized from Wells Fargo Bank Account Number 1358132429, held in the
3 name of Anna Skots and Roman Skots doing business as USKO Shipping
4 (hereafter "the defendant funds") was seized in the city of Fair
5 Oaks, in Sacramento County, California.  The Internal Revenue
6 Service published notice of the non-judicial forfeiture of the
7 defendant funds on June 23, 30 and July 7, 2009, in The Daily
8 Recorder.
9     4.   Plaintiff proposes that publication be made as follows:
10         a.   One publication;
11         b.   Thirty (30) consecutive days;
12         c.   On the official internet government forfeiture
13 site www.forfeiture.gov;
14         d.   The publication is to include the following:
15              (1)  The Court and case number of the action;
16              (2)  The date of the seizure/posting;
17              (3)  The identity and/or description of the property
18 seized/posted;
19              (4)  The name and address of the attorney for the
20 Plaintiff;
21              (5)  A statement that claims of persons entitled to
22 possession or claiming an interest pursuant to Supplemental Rule
23 G(5) must be filed with the Court and served on the attorney for
24 the Plaintiff no later than 60 days after the first day of
25 publication on the official internet government forfeiture site;
26 and
27              (6)  A statement that answers to the Complaint or a
28 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.

1  R. Civ. P.") must be filed and served within 20 days after
2  the filing of the claims and that, in the absence thereof, default
3  may be entered and condemnation ordered.

5  Dated: 10/16/09                        LAWRENCE G. BROWN
                                          United States Attorney

                                          /s/ Jean M. Hobler
                                          JEAN M. HOBLER
                                          Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: October 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/USvApprox$31,650.56.2888.ord