```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEAN M. HOBLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for Plaintiff
    United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $31,650.56 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 1358132429, HELD IN THE NAME OF ANNA SKOTS AND ROMAN SKOTS DOING BUSINESS AS USKO SHIPPING,<br><br>    Defendant. | 2:09-CV-02888-GEB-DAD<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

1. This is a civil forfeiture action against Approximately $31,650.56 in U.S. Currency seized from Wells Fargo Bank Account Number 1358132429, held in the name of Anna Skots and Roman Skots doing business as USKO Shipping (hereafter "the defendant funds") seized on or about June 2, 2009, in Fair Oaks, California, by the United States Department of the Treasury, Internal Revenue Service.

2. A Complaint for Forfeiture <u>In Rem</u> (hereafter

"Complaint") was filed on October 16, 2009, seeking the forfeiture of the defendant funds, alleging that said funds are subject to forfeiture to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2).

3. On or about October 16, 2009, the Clerk issued a Warrant for Arrest In Rem for the defendant funds, and that warrant was duly executed on October 23, 2009.

4. Beginning on November 3, 2009, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on December 4, 2009.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice was given to the following individuals and entities:

    a. Anna Skots

    b. Roman Skots

    c. USKO Shipping

6. Anna Skots and Roman Skots d/b/a USKO Shipping ("claimants") filed a Claim to the defendant funds on November 24, 2009.  An Answer to the Complaint has not yet been filed by claimants.  No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this

1 action.

2   2.  That judgment is hereby entered against claimants Anna Skots and Roman Skots d/b/a USKO Shipping and all other potential claimants who have not filed claims in this action.

   3.  All right, title and interest of claimants Anna Skots and Roman Skots d/b/a USKO Shipping in the defendant Approximately $31,650.56 in U.S. Currency seized from Wells Fargo Bank Account Number 1358132429, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

   4.  That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

   5.  Claimants waived any and all claim or right to interest that may have accrued on the defendant funds being forfeited to the United States.

   6.  All parties are to bear their own costs and attorneys' fees.

///
///
///

1    7.   The Court shall maintain jurisdiction to enforce the
2 terms of this Final Judgment of Forfeiture.
3 Dated:  January 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge